NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNITED SURETY AND INDEMNITY COMPANY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

*and*

**SELPA CONSTRUCTION & RENTAL EQUIPMENT CORPORATION**
**(doing business as Selpa Construction Corporation),**
*Third-Party Defendant.*

_____

2010-5083

_____

Appeal from the United States Court of Federal Claims in Case No. 08-CV-791, Judge Susan G. Braden.

_____

**JUDGMENT**

_____

ANTONIO BORRES-OTERO, Saldana & Saldana-Egozcure, PSC, of San Juan, Puerto Rico, for plaintiff-appellant. With him on the brief was CARLOS LUGO-FIOL.

JEFFREY A. REGNER, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, of Washington, DC, for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DONALD E. KINNER, Assistant Director. Of counsel on the brief was MICHAEL J. ELSTON, United States Postal Service, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 15, 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |